## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROTHSCHILD BROADCAST          §
DISTRIBUTION SYSTEMS, LLC     §
                             §
    Plaintiff,          §          Case No: 1:17-cv-01629-RGA
                             §
vs.                          §          **PATENT CASE**
                             §
SIMPLISAFE, INC.             §
                             §
    Defendant.          §
_____ §

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this voluntary Notice of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems, LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

December 12, 2017                               STAMOULIS & WEINBLATT LLC

                                               */s/ Stamatios Stamoulis*
                                               Stamatios Stamoulis
                                               Two Fox Point Centre
                                               6 Denny Road, Suite 307
                                               Wilmington, DE 19809
                                               (302) 999-1540
                                               stamoulis@swdelaw.com

                                               Richard Charles Weinblatt
                                               Stamoulis & Weinblatt LLC
                                               Two Fox Point Centre
                                               6 Denny Road, Suite 307
                                               Wilmington, DE 19809
                                               302-999-1540
                                               Email: weinblatt@swdelaw.com

                                               *Attorneys for Plaintiff*